IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re DEEP VEIN THROMBOSIS LITIGATION** | **MDL Docket No 04-1606 VRW** |
| <u>**This Document Relates To**</u>: | **ORDER** |
| **Kemp v Air Canada Regional, Inc, No 04-4633** | |
| **Lee v Cathay Pacific Airways, Ltd, No 05-4636** | |
| **Arhin v Northwest Airlines, Inc, No 06-0274** | |
| **George v American Airlines, Inc, No 06-0942** | |
| **Wylie v American Airlines, Inc, No 02-2997** | |
| **Brackenbury v Delta Airlines, Inc, No 05-3873** | |
| **Plotkin v British Airways PLC, No 03-3242** | |
| _____/ | |

       There has been no docket activity for seven months or more in the above cases pending in MDL 04-1606. The court held status conferences for all cases remaining in this MDL on January

16, 2007 and June 26, 2007. There were no appearances in the above cases. It may be that the court inadvertently excluded these cases in its March 11, 2005 order, doc #151, or its August 21, 2006 order, doc #469. These orders respectively (1) dismissed all claims against airline defendants arising from domestic flights pursuant to federal preemption, and (2) dismissed all claims arising from international flights wherein plaintiffs alleged liability based on asserted failure to warn regarding DVT. It may also be the case that these actions were transferred to this court subsequent to entry of those dismissals and have since been overlooked.

In any event, the court now orders the parties, on or before September 6, 2007, to submit status reports for these cases. If no such communication is received for a case, the case will be dismissed without prejudice.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge